**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Mundre Flemings, | Case No. 2:25-cv-01068-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Sunrise Hospital, | |
| Defendant. | |

On September 5, 2025, this Court screened Plaintiff's complaint and dismissed it with leave to amend. ECF No. 5. Plaintiff filed an amended complaint. ECF No. 10.

There are two problems with the amended complaint. First, there are several portions that are simply not legible. Next, as explained in the previous order, "[t]he amended complaint must contain a short and plain statement describing the underlying case and each defendant's involvement in the case. See Fed. R. Civ. P. 8(a)(2)." ECF No. 5 at 3. Instead, Plaintiff filed a 78-page amended complaint, which is neither short nor plain. As a result, the Court will dismiss the amended complaint with leave to amend.

**IT IS THEREFORE ORDERED** that Plaintiff's amended complaint is dismissed with leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff shall have until January 2, 2026, to file a second-amended complaint. Failure to file a second-amended complaint by this deadline may result in the dismissal of the case. Likewise, failure to comply with Rule 8 may also result in the dismissal of the case.

DATED: December 2, 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE