**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mundre Flemings,<br><br>Plaintiff<br><br>v.<br><br>Sunrise Hospital, Inc., an HCA Nevada Corporation,<br><br>Defendant | Case No.: 2:25-cv-01068-JAD-BNW<br><br>**Order**<br><br>[ECF Nos. 14, 18, 19, 29, 30, 32, 33] |

Pro se plaintiff Mundre Flemings sued his former employer Sunrise Hospital, asserting 27 claims related to his job and ultimate separation from his employment as a registered nurse. The hospital filed a motion to dismiss some claims as untimely or unsupported and for a more definite statement of others.[1] Flemings's opposition to that motion was due by July 2, 2026,[2] and when the court had not received any response by July 7, 2026, it deemed the motion unopposed and granted it.[3] That order gave Flemings limited leave to amend to file a third amended complaint.

But it turns out that Flemings had dispatched a request for a 30-day extension of his deadline to respond to the motion to dismiss, which was dated July 1, 2026, but didn't arrive at the court until the day after the order granting the motion to dismiss was entered.[4] That mail delay has made a mess of the docket and caused the filing of a third amended complaint,[5] a

[1] ECF No. 14.

[2] ECF No. 15 at 3.

[3] ECF No. 18.

[4] ECF No. 19 (entered into the docket at 2:54 p.m. on 7/8/26)

[5] ECF No. 29.

motion to dismiss it,[6] and motions to reconsider the order granting the motion to dismiss as unopposed.[7]

Because the court would have granted the motion for extension of time had it not been delayed in the mail, the court finds good cause to vacate and set aside the order granting the motion to dismiss as unopposed and rewind this case to allow the plaintiff to file and have his opposition considered on its merits. IT IS THEREFORE ORDERED that the plaintiff's requests for reconsideration **[ECF Nos. 32 and 33] are GRANTED in part:**

- The July 7, 2026, order granting unopposed motion to dismiss and for a more definite statement with limited leave to amend **[ECF No. 18] is VACATED** and set aside; the Clerk of Court is directed to **reactivate the gavel on the motion to dismiss [ECF No. 14]** filed on June 17, 2026;
- Plaintiff's motion for extension of time to file his opposition to the motion to dismiss **[ECF No. 19] is GRANTED. Plaintiff has until August 27, 2026, to file his complete opposition to the motion to dismiss [ECF No. 14]. Plaintiff is reminded that the motion to dismiss seeks various forms of relief on numerous arguments (not merely lack of exhaustion), and the plaintiff must include his response to all of those arguments in a single responsive opposition filed by August 27, 2026**. Defendants' reply brief will be due according to the deadlines provided in Local Rule 7-2;
- The Third Amended Complaint **[ECF No. 29] is STRUCK** as premature, and the motion to dismiss it, filed on July 20, 2026, **[ECF No. 30] is DENIED** as

[6] ECF No. 30.

[7] ECF Nos. 32, 33.

moot and without prejudice;

- Once fully briefed, the court will issue an order on the motion to dismiss [ECF No. 14] in due course. The parties are advised that a decision on that motion will likely take many months due to the court's busy docket.

U.S. District Judge Jennifer A. Dorsey
July 28, 2026